IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| CORNERSTONE RPO, LLC,<br>a Virginia Limited Liability Company,<br><br>Plaintiff,<br>v.<br><br>GREENBRIER HOTEL CORPORATION,<br>a West Virginia Corporation,<br><br>Defendant. | Civil Action No.: 3:15-cv-00611-MHL |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff, Cornerstone RPO, LLC, by counsel, hereby gives notice of voluntary dismissal of all claims asserted herein, without prejudice. No answer or motion for summary judgment has been filed by defendant, Greenbrier Hotel Corporation.

Dated: October 29, 2015

CORNERSTONE RPO, LLC

By: ___/s/ Franklin R. Cragle, III___
Chandra D. Lantz
VSB No. 37245
Franklin R. Cragle, III
VSB No. 78398
HIRSCHLER FLEISCHER
A PROFESSIONAL CORPORATION
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, Virginia 23218-0500
Telephone:  804.771.9500
Facsimile:  804.644.0957
E-mail:  clantz@hf-law.com
   fcragle@hf-law.com

**SO ORDERED**



/s/
M. Hannah Lauck
United States District Judge
10/29/15